1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:24-cv-01309-DJA

SHUNDELL TAYLOR, individually, and
onbehalf of all others similarly situated,

      Plaintiff(s),

   vs.

VALIDITY RESEARCH, INC.,
and KGS RESEARCH, INC.,

      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

         Edmund Celiesius     , Petitioner, respectfully represents to the Court:
         (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

                             BROWN, LLC
                             (firm name)

with offices at          111 Town Square Place, Suite 400          ,
                          (street address)

     Jersey City      ,      New Jersey    ,   07310  ,
       (city)               (state)        (zip code)

   (877) 561-000    ,   ed.celiesius@jtblawgroup.com  .
(area code + telephone number)      (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

       Shundell Taylor       to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____10/23/2018_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____Pennsylvania_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | 06/11/2019 | 293642019 |
| State of Pennsylvania | 10/23/2018 | 326197 |
| U.S District Court, Eastern District of Pennsylvania | 10/27/2018 | 326197 |
| U.S District Court, Middle District of Pennsylvania | 10/20/2020 | 13197870 |
| U.S. District Court, District of New Jersey | 11/15/2019 | 293642019 |
| U.S. District Court, District of Colorado | 11/02/2021 | 6247473 |
| U.S. District Court, Central District of Illinois | 10/24/2022 | No bar no. |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> State of New Jersey;
> State of Pennsylvania

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/17/2023 | 2:23-cv-01888 | District of Nevada | Granted |
| 07/08/2024 | 3:24-cv-00321 | District of Nevada | Granted |
|  |  |  | Denied ▾ |
|  |  |  | Denied ▾ |
|  |  |  | Denied ▾ |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Doc ID: ecbed173f2db3a4dc1a2afcf2ff870a3a47d11fe

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
    Petitioner's signature

4   STATE OF ___Pennsylvania___ )

5                                )

5   COUNTY OF ___Delaware___     )

6

7   ___Edmund Celiesius___, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
    Petitioner's signature

10  Subscribed and sworn to before me this

11

12  __23rd__ day of __July__, __2024__.

13  _____
    Notary Public or Clerk of Court

    Commonwealth of Pennsylvania - Notary Seal
    CHRISTOPHER TAYLOR - Notary Public
    Montgomery County
    My Commission Expires July 6, 2026
    Commission Number 1422440

14

15

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
    ### THE BAR OF THIS COURT AND CONSENT THERETO.

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate ___Roger Wenthe, PLLC___,

19                                                                        (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23  ___2831 St. Rose Parkway, #200___,
                                    (street address)

24

25  ___Henderson___,  ___Nevada___,  ___89052___
        (city)              (state)        (zip code)

26  ___(702) 971-0541___,  ___roger.wenthe@gmail.com___.
    (area code + telephone number)      (Email address)

27

28                          4                              Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Roger Wenthe _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

9

10 _____
(party's signature)

11 Plaintiff Shundell Taylor

12 _____
(type or print party name, title)

13 _____
(party's signature)

14

15 _____

16 (type or print party name, title)

17 **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19 _____

20 Designated Resident Nevada Counsel's signature

21 8920                           roger.wenthe@gmail.com

22 Bar number              Email address

23 APPROVED:

24 DATED this 25th day of July 2025.

25

26 _____

27 DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

28                                    5                           Rev. 5/16

Doc ID: ecbed173f2db3a4dc1a2afcf2ff870a3a47d11fe

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Edmund Charles Celiesius** (No. **293642019**) was constituted and appointed an Attorney at Law of New Jersey on **June 11, 2019** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 20th day of June, 20 24.



Clerk of the Supreme Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Edmund Charles Celiesius, Esq.*

**DATE OF ADMISSION**

*October 23, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  April 29, 2024**

Elizabeth E. Zisk
Chief Clerk