**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SHUNDELL TAYLOR, individually and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

VALIDITY RESEARCH INC. and KGS RESEARCH, INC.,

    Defendant(s).

Case # 2:24-cv- 01309-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Richard L. Etter_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ogletree Deakins_____
(firm name)

with offices at _____One PPG Place, Suite 1900_____,
(street address)

_____Pittsburgh_____, _____Pennsylvania_____, _____15222_____,
(city) (state) (zip code)

_____412-230-8963_____, _____rick.etter@ogletree.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____KGS Research, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___10/4/2004___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Pennsylvania___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Eastern District of PA | 5/11/2002 | 92835 |
| USDC Middle District of PA | 12/13/2004 | 92835 |
| USDC Western District of PA | 10/4/2004 | 92835 |
| USDC District of Ohio | 10/22/2019 | 98632 |
| District of Columbia | 10/14/2005 | 494366 |
| USCA 3rd Circuit | 11/15/2006 | 92835 |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Pennsylvania, Ohio, District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 7, 2021 | EEOC v. UFP Ranson | USDC ND of WV | Granted |
| February 1, 2024 | Nelson v. Anheuser-B | USDC District of Delaware | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Pennsylvania__ )
)
COUNTY OF __ALLEGHENY__ )

__Richard L. Etter__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__29th__ day of __August__, __2024__.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
ESTHER PILLER - Notary Public
Allegheny County
My Commission Expires September 19, 2025
Commission Number 1129737

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Noel M. Hernandez__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Ogletree Deakins, 10801 W. Charleston Blvd., Suite 500__,
(street address)

__Las Vegas__, __Nevada__, __89135__,
(city)         (state)         (zip code)

__702.369.6800__, __noel.hernandez@ogletree.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Noel M. Hernandez_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John C. Truesdell, II, Director of US Operations
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV Bar No. 13893        noel.hernandez@ogletree.com
Bar number              Email address

APPROVED:

DATED this 30th day of August, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Richard L. Etter, Esq.*

#### DATE OF ADMISSION

*October 4, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 22, 2024**

_____
Nicole Traini
Chief Clerk

 # THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Richard L. Etter**
Attorney Registration No. **0098632**

was admitted to the practice of law in Ohio on October 22, 2019; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of August, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*


No. 2024-08-28-1
Verify by email at GoodStandingRequests@sc.ohio.gov



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Richard Lynn Etter

was duly qualified and admitted on October 14, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 29, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL FOR RICHARD L. ETTER** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing, to the following registrant:

Roger Wenthe
Nicholas Conlon
Edmund C. Celiesius

Pursuant to NRCP 5(b), I hereby further certify that service of the foregoing was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Roger Wenthe
Roger Wenthe, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. #200
Henderson, NV 89052

Nicholas Conlon (Pro Hac Vice)
Edmund C. Celiesuius (Pro Hac Vice)
Brown , LLC
111 Town Square Place, Suite 400
Jersey City, NJ 070310

*Attorneys for Plaintiffs*

DATED this 28th day of August, 2024.

*/s/ Vincent M. Risucci*
An Employee of Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

- 3 -