BROWN, LLC
Edmund C. Celiesius (PHV)
111 Town Square Place, Suite 400
Jersey City, NJ 07310
ed.celiesius@jtblawgroup.com
*Lead Counsel for Plaintiff(s)*
*(Additional counsel appear on signature page)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHUNDELL TAYLOR, individually, and on behalf of all others similarly situated, | Case No.: 2:24-cv-01309-DJA |
| Plaintiffs, | MOTION TO WITHDRAW AS COUNSEL |
| vs. | |
| VALIDITY RESEARCH, INC., | |
| and, | |
| KGS RESEARCH, INC. | |
| Defendants. | |

  Pursuant to Local Rule IA 11-6, Plaintiff SHUNDELL TAYLOR ("Plaintiff") moves for withdrawal of attorney Edmund C. Celiesius as its counsel. Attorney Edmund C. Celiesius is departing Brown, LLC. His withdrawal will not cause any delay or adversely affect the interest of the Plaintiff because the other below-listed Brown, LLC attorneys and Roger Wenthe, PLLC attorneys' will continue to represent Plaintiff in the litigation.

JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

DATED December 20, 2024

**BROWN, LLC**

By:    */s/ Edmund Celiesius*
Edmund C. Celiesius (PHV)
Nicholas Conlon (PHV)
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (201) 630-0000
nicholasconlon@jtblawgroup.com
ed.celiesius@jtblawgroup.com

*Lead Counsel for Plaintiffs*

Roger Wenthe
**ROGER WENTHE, PLLC**
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
T: 702-971-0541
Roger.wenthe@gmail.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on December 20, 2024, I caused a true and correct copy of MOTION TO WITHDRAW AS COUNSEL was electronically filed with the U.S. District Court, which will notify counsel of said filing in this matter.

*/s/ Edmund Celiesius*

Edmund C. Celiesius (PHV)

**IT IS SO ORDERED**.

DATED: 12/23/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2
JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER