Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

Richard L. Etter (Pro Hac Vice)
rick.etter@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
Telephone: 412.230.8963
Fax:  412.232.1799

*Attorneys for Defendant KGS Research, Inc. d/b/a Validity Research, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHUNDELL TAYLOR, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>VALIDITY RESEARCH, INC.,<br><br>    and<br><br>KGS RESEARCH, INC.,<br><br>    Defendants. | Case No.:  2:24-cv-01309-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Shundell Taylor, Jasmine Swopshire, and Tammie Miller ("Plaintiffs") and Defendant KGS Research, Inc. d/b/a Validity Research, Inc. ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or

could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

Each party to bear their own attorneys' fees, costs and expenses.

| | |
|---|---|
| DATED this 15th day of December, 2025. | DATED this 15th day of December, 2025. |
| BROWN, LLC & ROGER WENTHE, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Nicholas Conlon* | /s/ *Noel M. Hernandez* |
| Nicholas Conlon (Pro Hac Vice)<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 070310<br><br>Roger Wenthe<br>Nevada Bar No. 8920<br>2831 St. Rose Pkwy. #200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Noel M. Hernandez<br>Nevada Bar No. 13893<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br><br>Richard L. Etter (Pro Hac Vice)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222<br><br>*Attorneys for Defendants KGS Research, Inc. d/b/a Validity Research, Inc.* |

**ORDER**

IT IS SO ORDERED. The Clerk is kindly directed to close this case.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/17/2025